Form B6D-Cont.
(6/90)

In re __Piper Sharon__, Case No. __07-33058-H5-13__
      Debtor                                                     (If known)

United States Courts
Southern District of Texas
FILED
MAY - 1 2007
Michael N. Milby, Clerk

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Terry & Barbara McCarteck c/o Sydney Levine 110 Main, #201 Sealy, Texas 77474 | | C | August 30, 2004 Real Estate  VALUE $ 145,000.00 | | | | 52,000.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal -> (Total of this page) $ 52,000.00
Total -> (Use only on last page) $

(Report total also on Summary of Schedules)

E-Z LEGAL FORMS® • Sunrise, FL 33351 (305-748-4832)

K100 - 18