```
                    IN THE UNITED STATES  BANKRUPTCY COURT
                        SOUTHERN DISTRICT OF TEXAS
                                 HOUSTON
IN RE:
    SHARON PIPER                               CASE NO. 07-33058-H4-13
    7143 ROOS RD

    HOUSTON TX              77074-0000
    a/k/a                                      DATE: 04/29/08
          Debtor(s)
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

DAVID G. PEAKE, TRUSTEE for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b)(1).

1. The case was filed on May 1, 2007. The case was subsequently DISMISSED BEFORE CONFIRMATION on Jul 16, 2007.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $     .00 .

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 2399.99 | .00 | .00 | .00 |
| ON-GOING MORTGAGE | NOT FILED | .00 | .00 | .00 | .00 |
| ON-GOING MORTGAGE | NOT FILED | .00 | .00 | .00 | .00 |

4. Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMOUNT | .00 | .00 | 2399.99 | .00 | 2399.99 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
|  | .00 | .00 | .00 | .00 | .00 |

5. Costs of administration:
The clerk was paid $     .00 through the plan for the filing fee.
The debtor's attorney was allowed $     .00 and was paid $     .00 .
The Trustee was paid $     .00 pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $     .00 .

Wherefore the trustee requests that after notice and a hearing a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

```
                                              /S/
xc:SHARON         PIPER                    _____
                                           DAVID G. PEAKE, TRUSTEE


    PRO SE
```

DEBTOR ACTING AS
OWN ATTORNEY

00000-0000

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's office on or about the time this document was electronically filed with the Clerk on 04/29/2008.  A copy of the Certificate of Mailing of this doucment is on file and may be viewed at the U.S. Bankruptcy Clerk's office.

Electronically signed by

David G. Peake, Chapter 13 Trustee